Re: Ronald KNIGHT v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.
(379 S. E. (2d) 133)

Supreme Court

May 4, 1989.

Petition for Writ of Certiorari denied.